The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>F5, INC., FRANCOIS LOCOH-DONOU, EDWARD COOPER WERNER, KUNAL ANAND, and THOMAS DEAN FOUNTAIN,<br><br>Defendants. | NO. 2:25-cv-02619-MLP<br><br>**DECLARATION OF KIM D. STEPHENS IN SUPPORT OF MOTION TO APPOINT BAKKERS AND ZOETWAREN AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |

I, Kim D. Stephens, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of Washington and this Court. I am a member of Tousley Brain Stephens, local counsel for Bakkers and Zoetwaren. I make this declaration in support of Bakkers and Zoetwaren's motion for appointment as Lead Plaintiff, and approval of their selection of DiCello Levitt LLP as Lead Counsel. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
MOTION TO APPOINT BAKKERS AND ZOETWAREN AS
LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL
NO. 2:25-cv-02619-MLP - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 ● FAX 206.682.2992

Exhibit A:        Notice of Pendency of the action published on *GlobeNewswire* on December 19, 2025;

Exhibit B:        Bakkers and Zoetwaren's Sworn Certification;

Exhibit C:        Chart of Bakkers and Zoetwaren's estimated losses, prepared by counsel;

Exhibit D:        DiCello Levitt LLP firm résumé; and

Exhibit E:        *Saleh v. AstraZeneca PLC, et al.*, No. 2:24-cv-11021-JFW-AS, Minute Order, ECF No. 40 (C.D. Cal. Mar. 21, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 17th day of February 2026, at Seattle, Washington.

*/s/ Kim D. Stephens, P.S.*
Kim D. Stephens, P.S.

DECLARATION OF KIM D. STEPHENS IN SUPPORT OF
MOTION TO APPOINT BAKKERS AND ZOETWAREN AS
LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL
NO. 2:25-cv-02619-MLP - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992