THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MATTHEW SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>F5, INC. et al.,<br><br>Defendants. | No. 2:25-cv- 02619-MLP<br><br>CLASS ACTION<br><br>DECLARATION OF JULI E. FARRIS IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>NOTE ON MOTION CALENDAR: March 10, 2026 |

DECLARATION OF JULI E. FARRIS IN
SUPPORT OF MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL
(2:25-cv- 02619-MLP)
4916-6495-5023

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA  98101-3052
Telephone: 206/623-1900 • Fax: 206/623-3384

I, JULI E. FARRIS, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of Washington and this Court.  I am a partner at the law firm of Keller Rohrback L.L.P., liaison counsel for proposed lead plaintiff City of Lansing Employees' Retirement System and City of Lansing Police & Fire Retirement System (the "Lansing Funds") in the above-captioned securities class action.  I make this declaration in support of the Lansing Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published in *Globe Newswire* a national business-oriented wire service, on December 19, 2025;

Exhibit B:    The Lansing Funds' Sworn Certifications; and

Exhibit C:    Chart of the Lansing Funds' estimated losses, prepared by counsel;

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of February, 2026, at Seattle, Washington.

_____
Juli E. Farris, WSBA 17593
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Tel: 206/623-1900
jfarris@kellerrohrback.com

DECLARATION OF JULI E. FARRIS IN
SUPPORT OF MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL
(2:25-cv- 02619-MLP)
4916-6495-5023

- 1 -

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA  98101-3052
Telephone: 206/623-1900 • Fax: 206/623-3384

# EXHIBIT A



**Source:** *Levi & Korsinsky, LLP*

*December 19, 2025 17:37 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of F5, Inc. Securities and Sets a Lead Plaintiff Deadline of February 17, 2026

NEW YORK, Dec. 19, 2025 (GLOBE NEWSWIRE) -- December 19, 2025 - The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of F5, Inc. ("F5" or the "Company") (NASDAQ: FFIV) <u>between October 28, 2024, and October 27, 2025, inclusive. You are hereby notified</u>** that the class action lawsuit *Matthew Smith v. F5, Inc., et al.* (Case No. 2:25-cv-02619) has been commenced in the United States District Court for the Western District of Washington. To get more information **go to:**

[https://zlk.com/pslra-1/f5-inc-lawsuit-submission-form](https://zlk.com/pslra-1/f5-inc-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided overwhelmingly positive statements to investors while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of F5's security capabilities; notably,

that it was not truly equipped to safely secure data for its clients as F5 itself was, for all relevant times, experiencing a significant security breach (the "Security Breach") of some of its key offerings and, further, that the revelation of this breach would significantly impact F5's potential to capitalize on the security market.

On October 27, 2025, F5 announced their fourth quarter fiscal year 2025 results after the market closed, providing significantly below-market growth expectations for fiscal 2026 due in significant part to the Security Breach as the Company announced expected reductions to sales and renewals, elongated sales cycles, terminated projections, and increased expenses attributed to ongoing remediation efforts. Pertinently, defendants also disclosed that BIG-IP, the product that was the subject of the Security Breach, is the company's highest revenue product, elevating the scope of the impact from the original disclosure as F5 does not otherwise provide revenue contributions by product line.

Following this news, the price of F5's common stock declined dramatically. From a closing market price of $290.41 per share on October 27, 2025, F5's stock price fell to $258.76 per share on October 28, 2025, a decline of an additional 10.9% in the span of two days.

"Our firm is committed to ensuring that investors receive full compensation for losses caused by corporate misrepresentations," said Joseph E. Levi, a partner at Levi & Korsinsky. "We encourage FFIV shareholders to step forward before the February 17, 2026 deadline so we can pursue justice on their behalf."

**If you suffered a loss in FFIV securities, you have until February 17, 2026** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com

# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of Lansing Employees' Retirement System ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of February, 2026.

City of Lansing Employees' Retirement System

By: _____

Its:  _____

F5

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/04/2025 | 135 | $321.49 |
| 08/04/2025 | 265 | $320.65 |
| 09/09/2025 | 242 | $324.60 |
| 10/07/2025 | 783 | $334.49 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 10/16/2025 | 279 | $295.03 |
| 10/17/2025 | 19 | $297.61 |

Prices listed are rounded to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of Lansing Police & Fire Retirement System ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below: None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of February, 2026.

City of Lansing Police & Fire Retirement
System

By: _____

Its: _____Trustee_____

F5

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/04/2025 | 236 | $321.49 |
| 08/04/2025 | 464 | $320.65 |
| 09/09/2025 | 424 | $324.60 |
| 10/07/2025 | 1,410 | $334.49 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 09/30/2025 | 46 | $323.19 |
| 10/16/2025 | 503 | $295.03 |
| 10/17/2025 | 34 | $297.61 |

Prices listed are rounded to two decimal places.

# EXHIBIT C

Movants' Purchases and Losses
Class Period: 10/28/2024 - 10/27/2025

F5

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **City of Lansing Police & Fire Retirement System** | 08/04/2025 | 236 | $321.49 | $75,871.17 | 09/30/2025 | 46 | $323.19 | $14,866.74 | |
| | 08/04/2025 | 464 | $320.65 | $148,782.20 | 10/16/2025 | 503 | $295.03 | $148,397.68 | |
| | 09/09/2025 | 424 | $324.60 | $137,630.82 | 10/17/2025 | 34 | $297.61 | $10,118.78 | |
| | 10/07/2025 | 1,410 | $334.49 | $471,625.54 | held | 1,951 | $252.76 | $493,141.91 | |
| | | **2,534** | | **$833,909.74** | | **2,534** | | **$666,525.11** | **($167,384.63)** |
| **City of Lansing Employees' Retirement System** | 08/04/2025 | 135 | $321.49 | $43,400.88 | 10/16/2025 | 279 | $295.03 | $82,312.03 | |
| | 08/04/2025 | 265 | $320.65 | $84,972.59 | 10/17/2025 | 19 | $297.61 | $5,654.61 | |
| | 09/09/2025 | 242 | $324.60 | $78,553.44 | held | 1,127 | $252.76 | $284,864.65 | |
| | 10/07/2025 | 783 | $334.49 | $261,902.69 | | | | | |
| | | **1,425** | | **$468,829.61** | | **1,425** | | **$372,831.30** | **($95,998.32)** |
| **Movants' Total** | | **3,959** | | **$1,302,739.35** | | **3,959** | | **$1,039,356.41** | ***($263,382.94)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $252.76 as of January 23, 2026 for common stock.

Prices listed are rounded to two decimal places.