THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW SMITH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

F5, INC., FRANCOIS LOCOH-DONOU, EDWARD COOPER WERNER, KUNAL ANAND, and THOMAS DEAN FOUNTAIN,

Defendants.

Case No. 2:25-cv-02619-MLP

~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO RESPOND TO COMPLAINT**

Having considered the Parties' Stipulation and for other good reasons considered herein, the Court GRANTS the requested relief and hereby orders that:

1.    Defendants are not required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, any complaints filed in this Action, subject to the provision in paragraph 2, below.

2.    Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and Defendants shall meet and confer and propose a schedule to the Court for the filing of an amended and/or consolidated complaint, or designation of an operative complaint, and the response thereto.

~~[PROPOSED]~~ ORDER GRANTING STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO 2:25-CV-02619-MLP - 1

Dated this 18th day of February, 2026.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO 2:25-CV-02619-MLP - 2