Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW SMITH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

F5, INC., FRANCOIS LOCOH-DONOU, EDWARD COOPER WERNER, KUNAL ANAND, and THOMAS DEAN FOUNTAIN,

Defendants.

NO. 2:25-cv-02619-KKE

**BAKKERS AND ZOETWAREN'S REPLY IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

On February 17, 2026, Stichting Bedrijfspensioenfonds voor het Bakkersbedrijf and Stichting Bedrijfstakpensioenfonds voor de Zoetwarenindustrie ("Bakkers and Zoetwaren") filed a motion for appointment as lead plaintiff and approval of selection of counsel, pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B). *See* ECF 6. In the memorandum in support of their motion, Bakkers and Zoetwaren set forth why they should be appointed as lead plaintiff. *Id*. at 3-6.  On March 3, 2026, Bakkers and Zoetwaren filed a responsive memorandum, further demonstrating that they are the "most adequate plaintiff" as they suffered the largest loss and otherwise meet the requirements of Rule 23 of the Federal Rules of Civil Procedure. *See* ECF No. 27.  While two other class members (the "Lansing Funds") initially filed a motion seeking appointment as lead plaintiff

BAKKERS AND ZOETWAREN'S REPLY IN FURTHER
SUPPORT OF MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF
NO. 2:25-cv-02619-KKE - 1

(ECF 8), they did not oppose Bakkers and Zoetwaren's motion and they filed a notice conceding that they do not have the largest financial interest within the meaning of the PSLRA. *See* ECF 26.

Because there is no opposition to Bakkers and Zoetwaren's motion for appointment as lead plaintiff, and because they have met the Exchange Act's requirements for appointment as lead plaintiff, Bakkers and Zoetwaren should be appointed Lead Plaintiff and its selection of DiCello Levitt LLP as Lead Counsel and Tousley Brain Stephens PLLC as Local Counsel should be approved. *In re Cavanaugh*, 306 F. 3d 726, 729 (9th Cir. 2002) ("the lead plaintiff – is the one who has the greatest financial stake in the outcome of the case, so long as he meets the requirements of Rule 23").

DATED this 10th day of March, 2026.

I certify that this memorandum contains 279 words, in compliance with the Local Civil Rules.

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, WA  98101
Tel.:  (206) 682-5600
kstephens@tousley.com
rsolomon@tousley.com

*Liaison Counsel*

BAKKERS AND ZOETWAREN'S REPLY IN FURTHER
SUPPORT OF MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF
NO. 2:25-cv-02619-KKE - 2

**DiCELLO LEVITT LLP**

Henry Rosen (admitted *pro hac vice*)
Brian O. O'Mara (admitted *pro hac vice*)
Hani Y. Farah (admitted *pro hac vice*)
4747 Executive Drive, Suite 240
San Diego, CA  92121
Tel.:  (619) 923-3939
hrosen@dicellolevitt.com
briano@dicellolevitt.com
hfarah@dicellolevitt.com

**DiCELLO LEVITT LLP**

Roxana Pierce (admitted *pro hac vice*)
801 17th St. NW, Suite 430
Washington, DC  20006
Tel.: (202) 975-2288
rpierce@dicellolevitt.com

BAKKERS AND ZOETWAREN'S REPLY IN FURTHER
SUPPORT OF MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF
NO. 2:25-cv-02619-KKE - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992