Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW SMITH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

F5, INC., FRANCOIS LOCOH-DONOU, EDWARD COOPER WERNER, KUNAL ANAND, and THOMAS DEAN FOUNTAIN,

Defendants.

NO. 2:25-cv-02619-KKE

**STIPULATION AND SCHEDULING ORDER**

WHEREAS, on December 19, 2025, this action was commenced alleging violations of the federal securities laws against defendants F5, Inc., Francois Locoh-Donou, Edward Cooper Werner, Kunal Anand, and Thomas Dean Fountain (collectively, "Defendants");

WHEREAS, the Court's February 18, 2026 Order directed the parties to meet and confer within fourteen days after the appointment of lead plaintiff and lead counsel to propose a schedule for the filing of an amended complaint and Defendants' response thereto;

WHEREAS, on March 13, 2026, the Court appointed as lead plaintiff Stichting Bedrijfspensioenfonds voor het Bakkersbedrijf ("Bakkers") and Stichting Bedrijfstakpensioenfonds voor de Zoetwarenindustrie ("Zoetwaren") (collectively, "Lead Plaintiff" and together with Defendants, the "Parties");

STIPULATION AND SCHEDULING ORDER
NO. 2:25-cv-02619-KKE - 1

WHEREAS, the Parties have met and conferred on a schedule for the amended complaint and for Defendants to answer or otherwise respond to the amended complaint;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate and agree, and respectfully request that the Court enter the following schedule:

1.     Lead Plaintiff shall file an amended complaint or, alternatively, designate the initial complaint as the operative complaint no later than May 20, 2026;

2.     Defendants shall answer, move against, or otherwise respond to the operative complaint no later than July 22, 2026;

3.     If Defendants move to dismiss the complaint, Lead Plaintiff shall file a response to any motion to dismiss no later than September 9, 2026;

4.     Defendants' reply in support of the motion to dismiss, if any, shall be due no later than October 9, 2026.

IT IS SO STIPULATED.

DATED this 27th day of March, 2026.

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/     *Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, WA  98101
Tel.:  (206) 682-5600
kstephens@tousley.com
rsolomon@tousley.com

*Liaison Counsel*

STIPULATION AND SCHEDULING ORDER
NO. 2:25-cv-02619-KKE - 2

**DiCELLO LEVITT LLP**

Henry Rosen (admitted *pro hac vice*)
Brian O. O'Mara (admitted *pro hac vice*)
Hani Y. Farah (admitted *pro hac vice*)
4747 Executive Drive, Suite 240
San Diego, CA  92121
Tel.:  (619) 923-3939
hrosen@dicellolevitt.com
briano@dicellolevitt.com
hfarah@dicellolevitt.com

**DiCELLO LEVITT LLP**
Roxana Pierce (admitted *pro hac vice*)
801 17th St. NW, Suite 430
Washington, DC  20006
Tel.: (202) 975-2288
rpierce@dicellolevitt.com

*Lead Counsel for Lead Plaintiff*


**DLA PIPER LLP (US)**


By: */s/ Anthony Todaro*
Anthony Todaro, WSBA #30391
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Tel: (206) 839-4800
anthony.todaro@us.dlapiper.com

Michele D. Johnson (*pro hac vice forthcoming*)
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235
Fax: (755) 540-8290
michele.johnson@lw.com

Colleen C. Smith (*pro hac vice forthcoming*)
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
Tel: (858) 523-3985
Fax: (858) 523-5450
colleen.smith@lw.com

STIPULATION AND SCHEDULING ORDER
NO. 2:25-cv-02619-KKE - 3

Whitney B. Weber (*pro hac vice forthcoming*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
whitney.weber@lw.com

*Counsel for Defendants F5, Inc., Francois Locoh-Donou, Edward Cooper Werner, Kunal Anand, and Thomas Dean Fountain*

STIPULATION AND SCHEDULING ORDER
NO. 2:25-cv-02619-KKE - 4

## ORDER

The Court GRANTS the parties' stipulated motion.  Dkt. No. 32.  Accordingly, the Court ORDERS:

(1) Lead Plaintiff shall file an amended complaint or, alternatively, designate the initial complaint as the operative complaint no later than May 20, 2026;

(2) Defendants shall answer, move against, or otherwise respond to the operative complaint no later than July 22, 2026;

(3) If Defendants move to dismiss the complaint, Lead Plaintiff shall file a response to any motion to dismiss no later than September 9, 2026;

(4) Defendants' reply in support of the motion to dismiss, if any, shall be due no later than October 9, 2026.

DATED: March 30, 2026.

_Kymberly K Evanson_

Kymberly K. Evanson
United States District Judge

STIPULATION AND SCHEDULING ORDER
NO. 2:25-cv-02619-KKE - 5