UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW SMITH, et al., Plaintiff(s), v. F5 INC., et al., Defendant(s). | CASE NO. C25-2619-KKE<br><br>ORDER GRANTING STIPULATED MOTION REGARDING EXTENSION OF TIME |

Finding good cause, the Court GRANTS the parties' stipulated motion to extend the briefing schedule on Defendants' motion to dismiss. Dkt. No. 46. Lead Plaintiff shall file a response to Defendants' motion to dismiss no later than September 23, 2026, and Defendants' reply is due no later than October 30, 2026. The clerk is directed to RE-NOTE Defendants' motion to dismiss (Dkt. No. 41) for October 30, 2026.

Dated this 8th day of September, 2026.

Kymberly K. Evanson
United States District Judge