UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW SMITH, et al.,<br><br>Plaintiff(s),<br>v.<br><br>F5 INC., et al.,<br><br>Defendant(s). | CASE NO. C25-2619-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE LEAD COUNSEL |

The Court previously granted an unopposed motion to appoint lead counsel for related pension funds and lead Plaintiff Stichting Bedrijfspensioenfonds voor het Bakkersbedrijf and Stichting Bedrijfstakpensioenfonds voor de Zoetwarenindustrie ("Bakkers and Zoetwaren"). Dkt. No. 31. Bakkers and Zoetwaren have now moved to substitute lead counsel and the motion is unopposed. Dkt. No. 50.

Bakkers and Zoetwaren have acted reasonably in selecting substitute counsel, and the Court will defer to their choice of counsel. *See Cohen v. U.S. Dist. Ct. for N. Dist. of Cal.*, 586 F.3d 703, 712 (9th Cir. 2009). The Court thus GRANTS the unopposed motion to substitute counsel (Dkt. No. 50) and APPOINTS Scott+Scott Attorneys at Law LLP to serve as lead counsel under 15 U.S.C. § 78u-4(a)(3)(B)(v). DiCello Levitt LLP is TERMINATED as counsel for Bakkers and

Zoetwaren and as lead counsel in this action.

Dated this 9th day of November, 2026.

Kymberly K. Evanson
United States District Judge